9-3-2012

Michael Ray Arroyo GOD Birthdate 11-19-1984
774 291 2035      6 JR's LANE
V,                FRANKLIN, MA 02038

The State of Massachusetts

FILED IN CLERK'S OFFICE 2012 SEP 11 P 3:07 U.S. DISTRICT COURT DISTRICT OF MASS.

I Michael Ray Arroyo reside in FRANKLIN, MA 02038.

At Birth 11-19-1984 The State of NEW YORK issued I Michael Ray Arroyo a social security # that was clearly known by over 1000 people. (EARTH'S IDENTITY).

I Am a victim of IDENTITY because of this mistake.

THE STATE OF MASSACHUSETTS did not change my social security # knowing that I am a victim of Identity.

The Social Security Administration located in Massachusetts acted very irresponsible by not changing my Social Security #.

The Social Security Administration had knowledge from birth that my Social Security number was well known by more than 1,000 people.

This act of foolishness can lead through a tremendous amount of Identity ABUSE.

I Michael Ray Arroyo (GOD) am a victim of The State Of Massachusetts foolish abusive Behavior.

I DESERVE TO LIVE A HEALTHY PRIVATE LIFE

Thank you for understanding



MY Social Security Number Needs to be changed to a unidentified number.

I DESERVE TO LIVE A PRIVATE LOVING RELAXING LIFE.

Thank You
Michael Ray Arroyo

CERTIFICATE OF HONOR





"IN GOD WE TRUST"
GOD BLESS AMERICA

Thank You

"The Future Looks Bright"

Michael Ray Arroyo

x [signature]

IN HONOR





Victim of Birth Identity

Please call me at 774 291 2035 if any questions.

Please make sure that this case is filed. I do not have the funds to file it.

Please Act Immediately.

Thank You

THE GREAT SEAL OF THE UNITED STATES



Please make sure that Michael Ray Arroyo recieves his money-check from this case.

GOD FATHER - BIRTHCHILD OF THE UNITED STATES OF AMERICA.

The Country of The United States Of America is not healthy until Michael Ray Arroyo recieves his money-check and owns a private loving Home.

THE GREAT SEAL OF THE UNITEDSTATES
"IN GOD WE TRUST"
Thank You
Honorable Michael Ray Arroyo
x. /R. / 8-28-2012